UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| The Estate of Christopher M. Emerson, Christopher B. Crane-Emerson, and the State of New Hampshire, by and through its Department of Health and Human Services, Division for Children, Youth and Families as Guardian for Gabriella Crane-Emerson<br><br>v.<br><br>FMH Health Services LLC d/b/a Frisbie Memorial Hospital | No. 1:22-CV-00266-JL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(1)(a)(ii), the parties hereby stipulate to the dismissal of this matter with prejudice and that the parties shall bear their own costs and attorneys' fees. The dismissal shall be effective upon filing.

Respectfully submitted,

RED SNEAKER LAW, PLLC

Dated: March 28, 2025        By:   */s/ Kirk C. Simoneau*
Kirk C. Simoneau (#19291)
PO Box 1216
Amherst, NH 03031
603.336.2029
kirk@redsneakerlaw.com

                                        FMH HEALTH SERVICES LLC D/B/A
                                        FRISBIE MEMORIAL HOSPITAL

                                        By its attorneys,
                                        SHEEHAN, PHINNEY, BASS & GREEN, PA

Date:  March 28, 2025        By:    */s/ Elizabeth A. Bailey*
                                                Elizabeth A. Bailey (NH #9283)
                                                Abbygale Martinen Dow (NH #272938)
                                                1000 Elm Street, P.O. Box 3701
                                                Manchester, NH 03101
                                                (603) 627-8241; ebailey@sheehan.com
                                                (603) 627-8390; adow@sheehan.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was filed with the Court using the ECF system and served via ECF on all parties and counsel of record.

Date:  March 28, 2025                 */s/ Elizabeth A. Bailey*
                                                Elizabeth A. Bailey